**CONTROLLED ENVIRONMENTAL
SYSTEMS, INC., Plaintiff–
Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 00–5091.**

United States Court of Appeals,
Federal Circuit.

April 9, 2001.

Before RADER, SCHALL, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.